```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 24538
   TRACY L MOORE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3720

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/21/2005 and was confirmed 08/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  38.05% from remaining funds.

     The case was paid in full 06/27/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
COMED                     UNSECURED        NOT FILED          .00            .00
NICOR GAS                 UNSECURED         2600.70           .00         989.51
ZALUTSKY & PINSKI LTD     REIMBURSEMENT      194.00           .00         194.00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY       2,200.00                    2,200.00
TOM VAUGHN                TRUSTEE                                         216.49
DEBTOR REFUND             REFUND                                          600.72

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              4,200.72

PRIORITY                                       194.00
SECURED                                           .00
UNSECURED                                      989.51
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                           216.49
DEBTOR REFUND                                  600.72
                    ---------------        ---------------
TOTALS               4,200.72                4,200.72

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 02/24/09            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```